IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

VS.                          4:12cr00014-13 SWW

TERRELL KEENER                                              DEFENDANT

### MOTION TO PRE-TRIAL RELEASE

**COMES NOW** Defendant, Terrell Keener, by and through counsel, and respectfully moves this Court modify the terms of his pre-trial release. In support of this motion, Ellington states:

1. Terrell Keener is charged with conspiracy to distribute Oxycodone in violation of 21 U.S.C. §841(a)(1) and 21 U.S.C. §841(b)(1)(D); distribution of Oxycodone, 21 U.S.C. §841(a)(1) and 21 U.S.C. §841(b)(1)(c), and use of a communication device with the intent to facilitate a drug offense, 21 U.S.C. §841(a)(1) and 21 U.S.C. §841(b)(1)(c).

2. A detention hearing was held on January 24, 2012 wherein the Court order Mr. Keener detained.

3. Since the Court's ruling, Mr. Keener's paternal grandmother has died. Mrs. Landell Keener's funeral will be held on Wednesday, February 22, 2012 at the Mt. Pleasant Baptist Church, Little Ridge 70, Ogden, AR  71853. The services are scheduled to begin at 11:00 a.m.  Mrs. Keener raised Mr. Keener.

4. Mr. Keener wishes to attend the funeral so that he may pay his last respects to his grandmother.

1

5. Mr. Keener is presently being detained by the U.S. Marshall in Fordyce, Arkansas.

6. Mr. Keener prays that he be released pretrial to attend his grandmother's funeral. Mr. Keener wishes to be released on his own recognizance with a report on Tuesday, February 21, 2012 at 4:00 p.m. with a report date of Thursday, February 23, 2012 at 4:00 p.m. in the Marshall's Office in Little Rock.

WHEREFORE, the defendant prays that he be allowed to be released to attend his grandmother's funeral.

Respectfully submitted,

/s/Willard Proctor, Jr.
Willard Proctor, Jr., P.A.
Attorney for Defendant
2100 Wolfe Street
Little Rock, AR  72202-6258
(501) 378-7720
Arkansas Bar No.:  87136
wproctorjr@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to the following:

Tricia Harris
EMAIL:  tricia.harris@usdoj.gov

Jane Duke
EMAIL:  Jane.Duke@usdoj.gov

/s/Willard Proctor, Jr.
Willard Proctor, Jr.

Motion to Reconsider Pretrial Detention.doc