# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                    NO. 4:12CR00014-006 SWW

KIMBERLY RENEE COLEMAN

## ORDER

Pending before the Court is government's motion for dismissal of the indictment in the above-styled case, due to the death of the defendant.

IT IS SO ORDERED that the government's motion [doc #262] for dismissal of the indictment against the above-named defendant be **granted**, and the indictment pending against defendant **Kimberly Renee Coleman** hereby is **dismissed**.

DATED this 23rd day of May 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE