IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                      PLAINTIFF

vs.                    Case No. 4:12CR00014 SWW

ERIC BALDWIN                                                  DEFENDANT

## ORDER MODIFYING CONDITIONS OF RELEASE

ON THIS DATE, the Defendant appeared before the Court with counsel for a hearing on the Government's Motion to Revoke Pretrial Release (DE #293). The Defendant admits, and the Court finds, that he violated the terms and conditions of his release. The Government did not request revocation. After consideration of the evidence and the argument of the parties, the Court hereby modifies the Defendant's conditions of release to include electronic monitoring. The Defendant has one week to make the necessary arrangements for monitoring.

SO ORDERED this 29th day of August, 2012.

_____
UNITED STATES MAGISTRATE JUDGE