# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                                  NO. 4:12CR00014-001

JOHNNIE CAMPBELL                                                      DEFENDANT

## ORDER AMENDING JUDGMENT

It has come to the Court's attention that the date of imposition of judgment listed on the Judgment and Commitment (doc #570) as to the above-named defendant should be amended to reflect *April 26, 2013*.

IT IS ORDERED that the Judgment and Commitment be amended to reflect ***April 26, 2013 as the date of imposition of judgment***, and that all other terms and conditions of defendant's Judgment and Commitment shall remain unchanged and in full force and effect.

DATED this 13th day of May 2013.

/s/Susan Webber Wright
United States District Judge