## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                      NO. 4:12CR00014-022 SWW

MICHAEL WATKINS                                                   DEFENDANT

### ORDER

The United States Probation Office has advised the Court that there are clerical errors on the Judgment & Commitment [docket #594]: on page 3, relating to the conditions of probation, and on page 1 of the Statement of Reasons, Section III, relating to the fine range.

IT IS THEREFORE ORDERED that the Judgment and Commitment be amended to reflect the defendant shall abstain from the use of alcohol throughout the course of supervision. The fine range is $3,000 - $30,000.

IT IS FURTHER ORDERED that all other terms and conditions of defendant's Judgment and Commitment shall remain unchanged and in full force and effect.

DATED this 5th day of June 2013.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE