## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                    NO. 4:12CR00014-022 SWW

MICHAEL WATKINS                                             DEFENDANT

### ORDER

The U. S. Probation Office has advised the Court that the fine range listed in the Judgment and Commitment [doc #594] and the Amended Judgment [doc #597] should be modified.

IT IS SO ORDERED that the Judgment and Commitment and the Amended Judgment be amended to reflect that the fine range is $3,000 - $1,000,000.

IT IS FURTHER ORDERED that all other terms and conditions of defendant's Judgment and Commitment shall remain unchanged and in full force and effect.

DATED this 6th day of June 2013.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE