# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                             PLAINTIFF

vs.                           NO. 4:12CR00014-011 SWW

RICHARD HAWKINS                                                      DEFENDANT

## ORDER

The above entitled cause came on for hearing January 17, 2014 on the government's motion to revoke defendant's conditions of probation previously granted in the United States District Court for the Eastern District of Arkansas. Upon the basis of statements on the record, the Court found that the revocation hearing should be continued.

IT IS THEREFORE ORDERED that the hearing on the government's motion to revoke defendant's probation is continued for a period of 30 days to see how defendant will comply with the conditions of probation.

Defendant is to continue to be under supervision and is reminded that he shall comply with and abide by all of the conditions of his probation. If defendant violates the conditions of his probation prior to the date of this scheduled hearing, a revocation hearing may be scheduled immediately.

The hearing on the motion for revocation of probation in this matter hereby is continued until ***THURSDAY, FEBRUARY 27, 2014 at 1:00 p.m.***, in Room #389, Richard Sheppard Arnold United States Courthouse, Little Rock, Arkansas. Defendant is to report to probation one hour prior to the hearing.

IT IS SO ORDERED this 21st day of January 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE