IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | |
| vs. | * | No. 4:12CR00014-004 SWW |
| | * | |
| COURTNEY CLARK | * | |
| | * | |

**Order**

Before the Court is defendant's motion for relief pursuant to 28 U.S.C. § 2255. The Court finds a response by the United States of America would facilitate the resolution of the motion. The Court therefore directs the United States to respond to the motion on or before twenty-one days after the date of entry of this Order.

IT IS SO ORDERED this 23rd day of January, 2014.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE