PROB 12C
ED/AR (12/2012)

# United States District Court

## for the

## Eastern District of Arkansas

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:   Terrell Keener                    Case Number:   4:12CR00014-013-SWW

Name of Sentencing Judicial Officer:   Honorable Susan Webber Wright
United States District Judge

Original Offense:   Conspiracy to Possess With Intent to Distribute and Distribute Oxycodone

Date of Sentence:   March 26, 2013

Original Sentence:   120 months Bureau of Prisons followed by 3 years supervised release

December 19, 2014: Sentence Reduced to 96 months Bureau of Prisons followed by 3 years supervised release.

November 1, 2015: Sentence Reduced to 80 months Bureau of Prisons followed by 3 years supervised release.

| Type of Supervision:   Term Of Supervised Release | Date Supervision Commenced:   November 18, 2016 |
| | Date Supervision Expires:   November 17, 2019 |

| U. S. Probation Officer:  K. Kyle Estes | Asst. U.S. Attorney:   Erin O'Leary | Defense Attorney:   To be appointed |

---

## PETITIONING THE COURT

☐    To Issue a Sealed Warrant Pending Execution (cc: U.S. Probation and U.S. Marshal only)

☒    To Issue a Summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Condition and Number | Nature of Noncompliance |
|---|---|---|
| 1 | Mandatory | **The defendant shall not commit another federal, state, or local crime.** |
| 2 | Mandatory | **The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.** |
| 3 | Standard (7) | **The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or** |

Prob 12C                                    - 2 -                          Petition for Warrant or Summons
                                                                              For Offender Under Supervision

Name of Offender:  Terrell Keener                             Case Number:  4:12CR00014-013

**any paraphernalia related to any controlled substances, except as prescribed by a physician.**
On January 19, 2017, Mr. Keener violated this condition of supervised release as evidenced by his arrest for Count 1, Possess With Purpose to Deliver a Controlled Substance Scheduled I, II; Count 2, Possess With Purpose to Deliver a Controlled Substance Scheduled I, II; Count 3, Possess With Purpose to Deliver a Controlled Substance Scheduled I, II; Count 4, Deliver/Possess/Manufacture Drug Paraphernalia or Counterfeit Controlled Substance; and Count 5, Maintain Drug Premises Near Drug Free Zone, as documented by the Little Rock, Arkansas, Police Department's arrest report. This matter is pending in Little Rock, Arkansas, District Court Case No. LRCR 17-278.

4        Standard (11)    **The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.**
On January 23, 2017, Mr. Keener violated this condition of supervised release by failing to report his arrest by the Little Rock, Arkansas, Police Department within 72 hours.

I declare under penalty of perjury that the                 The U.S. Attorney's Office submits this petition
foregoing is true and correct.                              to be filed with Criminal Docketing as a motion.

_____                             _____
K. Kyle Estes                                               John Ray White  Eric O'Leary
U.S. Probation Officer                                      Assistant U.S. Attorney

Executed on    January 30, 2017                             Executed on   6/9/17

Approved by:

_____
Supervising U.S. Probation Officer