PROB 12C
ED/AR (12/2012)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 23 2017

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

# United States District Court

for the

# Eastern District of Arkansas

## SUPERSEDING PETITION
(Replacing previously filed petition, Docket Entry 763)

| | |
|---|---|
| Name of Offender: Terrell Keener | Case Number: 4:12CR00014-013 SWW |
| Name of Sentencing Judicial Officer: | Honorable Susan Webber Wright<br>United States District Judge |
| Original Offense: | Conspiracy to Possess With Intent to Distribute and Distribute Oxycodone |
| Date of Sentence: | March 26, 2013 |
| Original Sentence: | 120 months Bureau of Prisons followed by 3 years supervised release |
| | December 19, 2014: Sentence Reduced to 96 months Bureau of Prisons followed by 3 years supervised release. |
| | November 1, 2015: Sentence Reduced to 80 months Bureau of Prisons followed by 3 years supervised release. |
| Type of Supervision: Term Of Supervised Release | Date Supervision Commenced: November 18, 2016<br>Date Supervision Expires: November 17, 2019 |
| U. S. Probation Officer: K. Kyle Estes | Asst. U.S. Attorney: Erin O'Leary | Defense Attorney: Kim Driggers |

## PETITIONING THE COURT

☐ To Issue a Sealed Warrant Pending Execution (cc: U.S. Probation and U.S. Marshal only)
☒ The Petition (Docket Entry 763) is denied as moot and superseded by this Petition
☐ To Issue a Summons
☐ Other:

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Condition and Number | Nature of Noncompliance |
|---|---|---|
| 1 | Mandatory | **The defendant shall not commit another federal, state, or local crime.** |
| 2 | Mandatory | **The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from** |

Name of Offender:  Terrell Keener                                         Case Number:  4:12CR00014-013

| | | |
|---|---|---|
| | | imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| 3 | Standard (7) | **The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.**<br>On January 19, 2017, Mr. Keener violated this condition of supervised release as evidenced by his arrest for Count 1, Possess With Purpose to Deliver Meth Cocaine => 10g <200g; Count 2, Possess With Purpose to Deliver a Controlled Substance Scheduled I, II, excluding Meth Cocaine => 2 g < 28g; Count 3, Possess Drug Paraphernalia Manufacture Meth Cocaine; Count 4, Possess With Purpose to Deliver Controlled Substance Schedule VI => 4oz <25 lbs.; and Count 5, Maintain Drug Premises, as documented by the Little Rock, Arkansas, Police Department's arrest report. This matter is pending in Little Rock, Arkansas, Circuit Court Case No. 60CR-17-747. |
| 4 | Mandatory | **The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.** |
| 5 | Standard (7) | **The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.**<br>On May 8, 2017, Mr. Keener submitted a urine specimen which tested and confirmed positive for the use of marijuana.<br><br>On June 7, 2017, Mr. Keener submitted a urine specimen which tested and confirmed positive for the use of marijuana.<br><br>On August 17, 2017, Mr. Keener submitted a urine specimen which tested and confirmed positive for the use of marijuana |
| 6 | Standard (2) | **The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer.**<br>Mr. Keener violated this condition of supervised release by failing to submit monthly supervision reports in June, July, August, September, and October 2017. |
| 7 | Standard (11) | **The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.**<br>On January 23, 2017, Mr. Keener violated this condition of supervised release by failing to report his arrest by the Little Rock, Arkansas, Police Department within 72 hours. |

Case 4:12-cr-00014-SWW   Document 768   Filed 10/23/17   Page 3 of 3

Prob 12C                                    - 3 -                              Superseding Petition

Name of Offender:  Terrell Keener                    Case Number:  4:12CR00014-013

| 8 | Special (2) | **Defendant shall participate, under the guidance and supervision of the U.S. Probation Officer, in a substance abuse treatment program which may include testing, out-patient counseling, and/or residential treatment. Further, defendant shall abstain from the use of alcohol throughout the course of supervision.** |

Mr. Keener violated this condition of supervised release by failing to submit a urine specimen on September 27 and October 10, 2017.

Mr. Keener violated this condition of supervised release when he was terminated from the substance abuse driven Moral Reconation Therapy program due to excessive absences.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ K. Kyle Estes*

K. Kyle Estes
U.S. Probation Officer

Executed on   October 16, 2017

The U.S. Attorney's Office submits this petition to be filed with Criminal Docketing as a motion.

*/s/ Erin O'Leary*

Erin O'Leary
Assistant U.S. Attorney

Executed on   10/16/17

Approved by:

*/s/ Supervising Officer*

Supervising U.S. Probation Officer

THE COURT ORDERS:
- ☐ To Issue a Sealed Warrant Pending Execution (cc: U.S. Probation and U.S. Marshal only)
- ☒ The Petition (Docket Entry 763) is denied as moot and superseded by this Petition
- ☐ To Issue a Summons
- ☐ No Action
- ☐ Other

*/s/ Susan Webber Wright*

Honorable Susan Webber Wright
United States District Judge

10-23-2017
Date